1  Laurence D. King (SBN 206423)
   Linda M. Fong (SBN 124232)
2  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile: 415-772-4707
   Email: lking@kaplanfox.com
5         lfong@kaplanfox.com

6  Robert N. Kaplan
   Linda P. Nussbaum
7  Jason A. Zweig
   KAPLAN FOX & KILSHEIMER LLP
8  850 Third Avenue, 14th Floor
   New York, NY 10022
9  Telephone: 212-687-1980
   Facsimile: 212-687-7714
10 E mail: rkaplan@kaplanfox.com
          lnussbaum@kaplanfox.com
11        jzweig@kaplanfox.com

12 *Attorneys for Plaintiff KI, Inc.*

13 [Additional counsel listed on signature block]

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18 | KI, INC., on behalf of itself and all others similarly situated, | ) Case No.: C 09-05197 EMC
19 |                                Plaintiff, | ) CLASS ACTION
20 | v.                                        | ) **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**
21 | SONY CORPORATION; et al.                  |
22 |                                Defendants. |

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and
3  sellers of Optical Disk Drives and products containing Optical Disk Drives (collectively
4  "ODD products");

5  WHEREAS at least four complaints have been filed to date in federal district courts
6  throughout the United States by plaintiffs purporting to bring class actions on behalf of
7  direct purchasers alleging antitrust violations by manufacturers, distributors, and sellers of
8  ODD products (collectively "the ODD Cases");

9  WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints
10 in the ODD Cases;

11 WHEREAS plaintiff and Sony Optiarc America, Inc. ("SOA") have agreed that an
12 orderly schedule for any response to the pleadings in the ODD Cases would be more
13 efficient for the parties and for the Court;

14 WHEREAS plaintiff agrees that the deadline for SOA to answer, move, or otherwise
15 respond to its Complaint shall be extended until the earliest of the following dates: (1) forty-
16 five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2)
17 forty-five days after plaintiff provides written notice to SOA that plaintiff does not intend to
18 file a Consolidated Amended Complaint; or (3) any earlier response date to
19 which SOA agrees or by which it is ordered to respond in any ODD case;

20 WHEREAS this Stipulation does not constitute a waiver by SOA of any defense,
21 including but not limited to the defenses of lack of personal jurisdiction, subject matter
22 jurisdiction, improper venue, sufficiency of process or service of process;

23 PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT
24 SOA, BY AND THROUGH THEIR RESPECTIVE
25 COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

26 1. The deadline for SOA to answer, move, or otherwise respond to plaintiff's
27 Complaint shall be extended until the earliest of the following dates: (1) forty-five days after

28

1

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

1  the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days
2  after plaintiff provides written notice to SOA that plaintiff does not intend to file a
3  Consolidated Amended Complaint; or (3) any earlier response date to which SOA agrees or
4  by which it is ordered to respond in any ODD case.

     2.     This Stipulation does not constitute a waiver by SOA or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

DATED: November 23, 2009     Respectfully submitted,

By: _____/s/_____
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
       lfong@kaplanfox.com

Robert N. Kaplan
Linda P. Nussbaum
Jason A. Zweig
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
E mail: rkaplan@kaplanfox.com
       lnussbaum@kaplanfox.com
       jzweig@kaplanfox.com

Jonathan P. Whitcomb
DISERIO MARTIN O'CONNOR &
  CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
Telephone: (203) 358-0800
E mail: JWhitcomb@dmoc.com

```
Anthony J. Bolognese
BOLOGNESE & ASSOCIATES LLC
Two Penn Center
1500 JFK Blvd., Suite 320
Telephone: (215) 814-6750
Facsimile: (215) 814-6764
Email: ABolognese@bolognese-law.com

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: hsedran@lfsblaw.com

Peter Safirstein
Paul Novak
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com
       pnovak@milberg.com
```

*Attorneys for Plaintiff KI, Inc.*

DATED:  November 23, 2009

                                    /s/
John F. Cove, Jr.
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California  94612
Telephone:  510.874.1000
Facsimile:   h510.874.1460
Email:  jcove@bsfllp.com

*Attorneys for Defendant Sony Optiarc America, Inc.*

3

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

## ATTESTATION

I, Linda M. Fong, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that John F. Cove has concurred in its filing and that Mr. Cove's signature, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

DATED: November 23, 2009                          /s/
                                                                    Linda M. Fong

4

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/23/09

_____
~~Honorable Vaughn R. Walker~~
~~United States District Court Judge~~
Edward M. Chen, U.S. Magistrate Judge

# PROOF OF SERVICE

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On November 23, 2009, I served the following document(s):

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.

Executed November 23, 2009, at San Francisco, California.

*/s/ Adrianna*
_____
Adrianna D. Gutierrez