1  Laurence D. King (SBN 206423)
   Linda M. Fong (SBN 124232)
2  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone:  415-772-4700
4  Facsimile:   415-772-4707
   Email:  lking@kaplanfox.com
5          lfong@kaplanfox.com

6  Robert N. Kaplan
   Linda P. Nussbaum
7  Jason A. Zweig
   KAPLAN FOX & KILSHEIMER LLP
8  850 Third Avenue, 14th Floor
   New York, NY 10022
9  Telephone:  212-687-1980
   Facsimile:   212-687-7714
10 E mail: rkaplan@kaplanfox.com
           lnussbaum@kaplanfox.com
11         jzweig@kaplanfox.com

12 *Attorneys for Plaintiff KI, Inc.*

13 [Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KI, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SONY CORPORATION; et al.<br><br>　　　　　　　　　　Defendants. | Case No.: C 09-05197 EMC<br><br>CLASS ACTION<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [P~~ROPO~~SED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and
3  sellers of Optical Disk Drives and products containing Optical Disk Drives (collectively
4  "ODD products");

5  WHEREAS at least four complaints have been filed to date in federal district courts
6  throughout the United States by plaintiffs purporting to bring class actions on behalf of
7  direct purchasers alleging antitrust violations by manufacturers, distributors, and sellers of
8  ODD products (collectively "the ODD Cases");

9  WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints
10  in the ODD Cases;

11  WHEREAS plaintiff and Philips Lite-On Digital Solutions, U.S.A., Inc. ("PLDS
12  U.S.A.") have agreed that an orderly schedule for any response to the pleadings in the ODD
13  Cases would be more efficient for the parties and for the Court;

14  WHEREAS plaintiff agrees that the deadline for PLDS U.S.A. to answer, move, or
15  otherwise respond to its Complaint shall be extended until the earliest of the following
16  dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the ODD
17  Cases; or (2) forty-five days after plaintiff provides written notice to PLDS U.S.A. that
18  plaintiff does not intend to file a Consolidated Amended Complaint; or (3) any earlier
19  response date to which PLDS U.S.A. agrees or by which it is ordered to respond in any
20  ODD case;

21  WHEREAS this Stipulation does not constitute a waiver by PLDS U.S.A. of any
22  defense, including but not limited to the defenses of lack of personal jurisdiction, subject
23  matter jurisdiction, improper venue, sufficiency of process or service of process;

24  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT
25  PLDS U.S.A., BY AND THROUGH THEIR RESPECTIVE
26  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

27

28

1

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO
RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT,
Case No. C 09-05197 EMC

1.     The deadline for PLDS U.S.A. to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after plaintiff provides written notice to PLDS U.S.A. that plaintiff does not intend to file a Consolidated Amended Complaint; or (3) any earlier response date to which PLDS U.S.A. agrees or by which it is ordered to respond in any ODD case.

2.     This Stipulation does not constitute a waiver by PLDS U.S.A., or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

DATED: November 24, 2009           Respectfully submitted,

By:    /s/
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
       lfong@kaplanfox.com

Robert N. Kaplan
Linda P. Nussbaum
Jason A. Zweig
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
E mail: rkaplan@kaplanfox.com
       lnussbaum@kaplanfox.com
       jzweig@kaplanfox.com

Jonathan P. Whitcomb
DISERIO MARTIN O'CONNOR &
  CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
Telephone: (203) 358-0800
E mail: jWhitcomb@dmoc.com

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

```
                    Anthony J. Bolognese
                    BOLOGNESE & ASSOCIATES LLC
                    Two Penn Center
                    1500 JFK Blvd., Suite 320
                    Telephone: (215) 814-6750
                    Facsimile: (215) 814-6764
                    Email: ABolognese@bolognese-law.com

                    Howard J. Sedran
                    LEVIN, FISHBEIN, SEDRAN & BERMAN
                    510 Walnut Street, Suite 500
                    Philadelphia, PA  19106
                    Telephone: (215) 592-1500
                    Facsimile: (215) 592-4663
                    Email: hsedran@lfsblaw.com

                    Peter Safirstein
                    Paul Novak
                    MILBERG LLP
                    One Pennsylvania Plaza
                    49th Floor
                    New York, New York 10119
                    Telephone: (212) 594-5300
                    Facsimile: (212) 868-1229
                    Email: psafirstein@milberg.com
                           pnovak@milberg.com
```

*Attorneys for Plaintiff KI, Inc.*

DATED: November 24, 2009

_____/s/_____
David Lisi
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone:  650.798.3500
Facsimile:  650.798.3600
Email: lisid@howrey.com

*Attorneys for Defendant Philips Lite-On Digital Systems, U.S.A.*

3

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

## ATTESTATION

I, Linda M. Fong, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that David Lisi has concurred in its filing and that Mr. Lisi's signature, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

DATED: November 24, 2009                                /s/
                                                                       Linda M. Fong

4

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/25/09

Honorable
United S



Judge Edward M. Chen

---

5

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

# PROOF OF SERVICE

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On November 24, 2009, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Linda M. Fong to file following document(s):

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PHILIPS LITE-ON DIGITAL SYSTEMS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.

Executed November 24, 2009, at San Francisco, California.

*/s/ Adrianna D. Gutierrez*
Adrianna D. Gutierrez