IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KI, Inc.

        Plaintiff,

v.

Sony Corporation, et al.

        Defendant.

_____/

CASE NO. CV 09-5197-EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jonathan P. Whitcomb, whose business address and telephone number is DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP, One Atlantic Street, Stamford, CT 06901, Tel: 203-358-0800, JWhitcomb@dmoc.com

and who is an active member in good standing of the bar of New York and Connecticut having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing KI, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/1/09

United States ~~District~~ Magistrate Judge