Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:  415-772-4707
Email:  lking@kaplanfox.com
        lfong@kaplanfox.com

Robert N. Kaplan
Linda P. Nussbaum
Jason A. Zweig
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
E mail: rkaplan@kaplanfox.com
        lnussbaum@kaplanfox.com
        jzweig@kaplanfox.com

*Attorneys for Plaintiff KI, Inc.*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KI, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SONY CORPORATION; et al.<br><br>　　　　　　　　Defendants. | Case No.: C 09-05197 EMC<br><br>CLASS ACTION<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TEAC AMERICA, INC. TO RESPOND TO COMPLAINT; [P~~ROPOS~~ED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1     WHEREAS the undersigned plaintiff has filed the above-captioned case;

2     WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of
3 Optical Disk Drives and products containing Optical Disk Drives (collectively "ODD products");

4     WHEREAS at least four complaints have been filed to date in federal district courts
5 throughout the United States by plaintiffs purporting to bring class actions on behalf of direct
6 purchasers alleging antitrust violations by manufacturers, distributors, and sellers of ODD products
7 (collectively "the ODD Cases");

8     WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the
9 ODD Cases;

10     WHEREAS plaintiff and TEAC America, Inc. have agreed that an orderly schedule for any
11 response to the pleadings in the ODD Cases would be more efficient for the parties and for the
12 Court;

13     WHEREAS plaintiff agrees that the deadline for TEAC America, Inc. to answer, move, or
14 otherwise respond to its Complaint shall be extended until the earliest of the following dates: (1)
15 forty-five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2)
16 forty-five days after plaintiff provides written notice to TEAC America, Inc. that plaintiff does not
17 intend to file a Consolidated Amended Complaint; or (3) any earlier response date to which TEAC
18 America, Inc. agrees or by which it is ordered to respond in any ODD case;

19     WHEREAS this Stipulation does not constitute a waiver by TEAC America, Inc. of any
20 defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter
21 jurisdiction, improper venue, sufficiency of process or service of process;

22     PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT
23     TEAC AMERICA, INC. BY AND THROUGH THEIR RESPECTIVE
24     COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

25     1.    The deadline for TEAC America, Inc. to answer, move, or otherwise respond to
26 plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days
27 after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after
28 plaintiff provides written notice to TEAC America, Inc. that plaintiff does not intend to file a

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TEAC AMERICA, INC. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

1   Consolidated Amended Complaint; or (3) any earlier response date to which TEAC America, Inc.
2   agrees or by which it is ordered to respond in any ODD case.
3       2.    This Stipulation does not constitute a waiver by TEAC America, Inc., or any other
4   named defendant joining the Stipulation of any defense, including but not limited to the defenses of
5   lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or
6   service of process.

7   DATED:  December 3, 2009        Respectfully submitted,

9   By:     /s/    Linda M. Fong
Laurence D. King (SBN 206423)
10  Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
11  350 Sansome Street, Suite 400
San Francisco, CA 94104
12  Telephone:  415-772-4700
Facsimile:   415-772-4707
13  Email:  lking@kaplanfox.com
       lfong@kaplanfox.com
14
Robert N. Kaplan
15  Linda P. Nussbaum
Jason A. Zweig
16  KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
17  New York, NY 10022
Telephone:  212-687-1980
18  Facsimile:   212-687-7714
E mail: rkaplan@kaplanfox.com
19         lnussbaum@kaplanfox.com
       jzweig@kaplanfox.com
20
Jonathan P. Whitcomb
21  DISERIO MARTIN O'CONNOR &
  CASTIGLIONI LLP
22  One Atlantic Street
Stamford, CT 06901
23  Telephone:  (203) 358-0800
E mail: JWhitcomb@dmoc.com
24
Anthony J. Bolognese
25  BOLOGNESE & ASSOCIATES LLC
Two Penn Center
26  1500 JFK Blvd., Suite 320
Telephone: (215) 814-6750
27  Facsimile: (215) 814-6764
28  Email:  ABolognese@bolognese-law.com

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TEAC AMERICA, INC. TO RESPOND TO
COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-
05197 EMC

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: hsedran@lfsblaw.com

Peter Safirstein
Paul Novak
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com
         pnovak@milberg.com

*Attorneys for Plaintiff KI, Inc.*

DATED: December 3, 2009

By: _____/s/ David H. Bamberger_____
David H. Bamberger (*pro hac vice admission pending*)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, DC 20004
Telephone: 202-799-4000
Facsimile: 202-799-5000
Email: david.bamberger@dlapiper.com

*Attorney for TEAC America, Inc.*

**ATTESTATION**

I, Linda M. Fong, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that David H. Bamberger has concurred in its filing and that Mr. Bamberger's signature, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

DATED: December 3, 2009            /s/
                                    Linda M. Fong

3

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TEAC AMERICA, INC. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC

1 **PROPOSED ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: __12/7/09_____   _____
6                               Honorable
                                United                          ge
7                               Judge Edward M. Chen

(IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California)

4

**PROOF OF SERVICE**

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On December __, 2009, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Linda M. Fong to file following document(s):

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TEAC AMERICA, INC. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.

Executed December __, 2009, at San Francisco, California.

_____
Adrianna D. Gutierrez

5

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TEAC AMERICA, INC. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, Case No. C 09-05197 EMC