**United States District Court**
For the Northern District of California

**\*\*E-filed 8/24/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE** <br><br> **ANTITRUST LITIGATION** <br>_____<br><br> This Document Relates to: <br><br> ALL ACTIONS <br>_____ | CASE NO. 3:10-md-2143 RS <br><br> **ORDER ADMINISTRATIVELY** <br> **CLOSING INDIVIDUAL CASE FILES** |

In view of the fact that consolidated complaints have been filed in this multi-district

proceeding (presently dismissed, but with leave to amend), it is appropriate to close administratively

the following individual class actions:

3:10-cv-00507-RS
3:09-cv-05186-RS
3:09-cv-05197-RS
3:09-cv-05114-RS
3:10-cv-01619-RS
3:09-cv-05135-RS
3:10-cv-01403-RS
3:10-cv-01794-RS
3:10-cv-01834-RS
3:10-cv-01684-RS
3:10-cv-01933-RS
3:10-cv-01948-RS

**United States District Court**
For the Northern District of California

1   3:10-cv-02035-RS
    3:10-cv-00378-RS
2   3:10-cv-01603-RS
    3:10-cv-01847-RS
3   3:10-cv-02737-RS
    3:10-cv-00682-RS
4   3:10-cv-01386-RS
    3:10-cv-03100-RS
5   3:10-cv-03378-RS
6   3:10-cv-03938-RS
    3:10-cv-01727-RS
7   3:10-cv-01722-RS
    3:10-cv-01703-RS
8   3:10-cv-00453-RS
9   3:10-cv-00676-RS
    3:10-cv-00013-RS
10  3:10-cv-00076-RS
    3:10-cv-00782-RS
11  3:10-cv-00874-RS
12  3:10-cv-01291-RS
    3:10-cv-01362-RS
13  3:10-cv-01406-RS
    3:10-cv-01451-RS
14  3:10-cv-01533-RS
15  3:10-cv-01450-RS
    3:10-cv-01738-RS
16

17

18
    IT IS SO ORDERED.
19

20
    Dated: August 24, 2011
21
    _____
    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

2